UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KETURAH MIXON,                              )
        Plaintiff,                          )
                                            )    No.1:14-cv-328
-v-                                         )
                                            )    HONORABLE PAUL L. MALONEY
OAKLAWN HOSPITAL,                           )
        Defendant.                          )
_____)

## JUDGMENT

Having granted Defendant Oaklawn Hospital's motion for summary judgment, and having dismissed all claims in the complaint, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff. Ordinarily, a notice of appeal must be filed within 30 days of the entry of the judgment. *See* Fed. R. App. P. 4(a)(1)(A).

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  May 11, 2015                                         /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge